No. 733.

CHAFFE & POWELL, ASSIGNEES vs. DAVID R. MOORE.

Payment of a note must be proved.   It does not suffice to shew that the maker has left a sum of money in the hands of a person not authorized to receive it as a payment.

If no rate is fixed in the act of mortgage for attorney's fees, but only a general stipulation relative thereto, proof of the value of the services is indispensable to authorize the court to make the allowance therefor.

Donnell *vs.* Brigham.

APPEAL from the District Court for Richland. RAY, J.

*Farmer* for Plaintiffs Appellants. *R. W. Richardson* for Defendant.

MARR, J., delivered the opinion, reversing the judgment.

*Decree for Plaintiffs.*